

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2014

No. 04-13-00392-CR

David **LOVEN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3350
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The Appellant's brief is due on or before March 27, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court